No. 1688, Misc. HOUGHTALING v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Humes J. Franklin* for petitioner.

No. 1713, Misc. JESSY v. SUPERIOR COURT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1722, Misc. THERIAULT v. PEEK ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 1728, Misc. RUSH v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 1729, Misc. MEADOWS v. WARDEN, BROOKLYN HOUSE OF DETENTION. Ct. App. N. Y. Certiorari denied.

No. 1741, Misc. WHITEHEAD v. MICHIGAN. Sup. Ct. Mich. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondent.

No. 1744, Misc. LOCKHART v. HENDRICK, COUNTY PRISONS SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 1055, Misc. REED v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *George Howard, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.